**+1 720-399-1301**

Oct 13, 2016 at 6:23 AM

+1 720-399-1301
Welcome to online ordering at Native Roots Boulder! Visit our online menu for availability, pricing and photos here: http://tbkr.co/nrb - powered by Baker.

6:23 AM

EXHIBIT **7**


 
April 20, 2020
Text Message
Today 2:33 PM

(Native Roots) Great holiday specials on all product categories! Stop by, give us a call, or visit the deals page on our website for details. STOP2end



   
